THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT W. SHIPMAN, Appellant. [847 NYS2d 499]—Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered October 21, 2005. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed (*see People v Griffin*, 239 AD2d 936 [1997]). Present—Scudder, P.J., Gorski, Lunn, Fahey and Green, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMARR R. BERRY, Appellant. [847 NYS2d 894]—Appeal from an order of the Ontario County Court (Craig J. Doran, J.), entered April 12, 2006. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Gorski, Lunn, Fahey and Green, JJ.